BOROUGH OF EDGEWATER, PROSECUTOR, v. NANCY COX, DEFENDANT.

Argued January 19, 1938—Decided February 20, 1939.

Before Justices HEHER and PERSKIE.

For the prosecutor, *Milton T. Lasher*.

For the defendant, Nancy Cox, *Crawford Jamieson* and *George Slaff* and *Samuel Slaff* (of the New York bar); (*Oscar R. Wilensky*, of counsel).

PER CURIAM.

The judgment is affirmed, for the reason expressed in the opinion of Mr. Justice Bodine, rendered on the return to the writ of *habeas corpus*. 122 *N. J. L.* 150.

In our view, the case is ruled by *Coughlin* v. *Sullivan*, 100 *N. J. L.* 42. As applied to defendant, Cox, the ordinance constituted an invasion of her fundamental rights. See *Lovell* v. *Griffin*, 303 *U. S.* 444; 58 *S. Ct.* 666; 82 *L. Ed.* 949. The case of *Town of Irvington* v. *Schneider*, 120 *N. J. L.* 460; *affirmed*, 121 *Id.* 542, is not in point.

Having thus disposed of the meritorious question, it is unnecessary to pass upon the point made by the named defendant, that, under section 53 of the *Habeas Corpus* act (*Comp. Stat.* 1910, *p.* 2651; *R. S.* 1937, 2:82-48), prosecutor is without standing to secure a review by *certiorari* of the order in question.